UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-5258
(Civ. A. No. 23-2172)

AMERICAN FIRST LEGAL FOUNDATION,     Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,     Appellees.

**APPELLEES' CONSENT MOTION TO EXTEND TIME
TO FILE MOTION FOR SUMMARY AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 27, Appellees respectfully move to extend the existing deadline for filing their dispositive motion from December 30, 2024, to January 29, 2025. Pursuant to D.C. Cir. Rule 27(h)(2), the undersigned has obtained the consent of Appellant.

This is an appeal from the district court's memorandum opinion and order granting defendant's motion for summary judgment. On November 15, 2024, the Clerk ordered the parties to submit any dispositive motions by December 30, 2024. Appellees request to extend that date by 30 days to January 29, 2025.

Appellees respectfully submit that there is good cause for the extension requested. Since the Court issued its initial scheduling Order on November 15, 2024, through December 30, 2024, the existing deadline for Appellees' dispositive motion, assigned counsel has been and continues to be responsible for a heavy workload in other litigation matters, including briefing in connection with five dispositive motions, six answers, and at least two dozen other filings in connection with a full docket of active cases before the District Court. As a result, assigned counsel requires additional time to review the record in this case, research the issues, confer with agency counsel, prepare a motion for summary affirmance and have it reviewed internally as required by Department of Justice regulations.

This motion is being filed in good faith and not for purposes of undue delay. No party will be materially prejudiced by the extension requested. Affording Appellees' counsel a reasonable amount of additional time under the circumstances will increase the quality of the presentation of the issues and will not unduly delay the Court's ability to

resolve this matter. This is Appellees' first request to extend any deadline in this case.

For all these reasons, Appellees respectfully request that the Court grant this motion and extend the dispositive motion deadline to January 29, 2025.

Dated:  December 20, 2024
   Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2550
dedra.curteman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that December 20, 2024, I served the foregoing Consent Motion to Extend Time via CM/ECF.

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

The text for this motion is prepared using 14-point Century Schoolbook typeface. The text of this motion consists of 312 words, as calculated by counsel's word processor.

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
Assistant United States Attorney
